Vella v. Hartford, The et al
Case 1:06-cv-01628-LTB-MEH     Document 2     Filed 08/22/2006     Page 1 of 1
Doc. 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01628-MSK-MEH

ZENDA VELLA,

      Plaintiff,

v.

THE HARTFORD,
HARTFORD LIFE INSURANCE COMPANY,
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
V.F. CORPORATION, a/k/a VF CORPORATION, and
V.F. SERVICES, INC., a/k/a VF SERVICES, INC.,

      Defendants.

## ORDER OF RECUSAL

      THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. Accordingly, it is

      **ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

      Dated this 22nd day of August, 2006

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge