**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01628-LTB-MEH

ZENDA VELLA,

       Plaintiff,

v.

THE HARTFORD,
HARTFORD LIFE INSURANCE COMPANY,
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
V.F. CORPORATION, a/k/a VF CORPORATION and
V.F. SERVICES, INC., a/k/a VF SERVICES, INC.,

       Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


    Plaintiff's Unopposed Motion to Amend Complaint to Substitute Parties (Doc 8 - filed October 25, 2006) is **GRANTED**.

    The caption in this matter is amended to read: Zenda Vella, Plaintiff v. Hartford Life Group Insurance Company, Defendant.



Dated:  October 26, 2006
_____