IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 06-cv-01628 - LTB - MEH

ZENDA VELLA,

    Plaintiff,

v.

HARTFORD LIFE GROUP INSURANCE COMPANY

    Defendant.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal (Doc 22 - filed April 25, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED: April 30, 2007